In the Matter of the Application of CHARLES COGUT against TIMOTHY A. LEARY, as President-Justice of the Municipal Court of the City of New York, and Others.—

Motion denied, with ten dollars costs. The application should be made at Special Term. (See Civ. Prac. Act, §§ 1317, 1318.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.